**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BROOKLYNN McELYEA** **PLAINTIFF**

**v.** **Case No. 4:25-cv-01158-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14). No party has filed objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Plaintiff Brooklynn McElyea's complaint is dismissed without prejudice (Dkt. No. 2). Judgment will be entered accordingly.

It is so ordered this 26th day of October, 2026.

Kristine G. Baker
United States District Judge